# Exhibit C

The SpaceKap Latch

